DANIEL G. BOGDEN, NVBN 2137
United States Attorney
District of Nevada

LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone:  (415) 977-8977
Facsimile:  (415) 744-0134
E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RHONDA NAGLICH,                     )<br>                                                        )<br>          Plaintiff,                              )<br>                                                        )<br>          v.                                         )<br>                                                        )<br>CAROLYN W. COLVIN,              )<br>Acting Commissioner of Social Security, )<br>                                                        )<br>          Defendant.                          )<br>_____ ) | Case No. 2:15-cv-01256-APG-CWH<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

      Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Cross-Motion to Affirm by 30 days from November 16, 2015, to and including December 16, 2015.

      Defendant respectfully requests this extension due to pre-approved leave as well as a heavy workload, including several other district court cases, despite due diligence.  Defendant therefore needs additional time to properly address the issues Plaintiff raises in her Motion for Reversal and/or Remand. This request is made in good faith with no intention to unduly delay the proceedings.

On November 10, 2015, Counsel for Defendant conferred with Plaintiff's counsel who had no objection to this motion.

Respectfully submitted this 10th day of November 2015.

DANIEL G. BOGDEN
United States Attorney

*/s/ Lynn M. Harada*
LYNN M. HARADA
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 12, 2015