# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| RHONDA NAGLICH, | Case No. 2:15-cv-01256-APG-CWH |
|---|---|
| Plaintiff, | **ORDER ACCEPTING REPORT & RECOMMENDATION** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | (ECF Nos. 16, 19, 21) |
| Defendant. | |

On May 4, 2016, Magistrate Judge Hoffman entered a Report & Recommendation (ECF No. 21) recommending that plaintiff Rhonda Naglich's motion to remand (ECF No. 16) be denied and that defendant Carolyn Colvin's motion to affirm (ECF No. 19) be granted because the administrative law judge's decision was supported by substantial evidence.

Pursuant to Local Rule IB 3-2(a), any objection to Judge Hoffman's Report & Recommendation had to be filed within fourteen days. No objection was filed. The failure to file objections within the specified time, and failure to properly address and brief the objectionable issues, waives the right to appeal the order and to appeal factual issues from the order. *Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); LR IB 3-2(b) (stating the "district judge must conduct a de novo review of those portions of the specified findings or recommendations to which objections have been made"). There being no objection to Judge Hoffman's Report & Recommendation,

IT IS ORDERED that Judge Hoffman's Report & Recommendation **(ECF No. 21) is accepted**, plaintiff's motion for remand **(ECF No. 16) is DENIED**, and defendant's motion to affirm **(ECF No. 19) is GRANTED**. The clerk of the court shall enter judgment accordingly.

Dated: June 3, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE